**Entered on Docket**
**November 13, 2009**

_Bruce A. Markell_
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE2
09-75362

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-22824-bam |
| Benjamin Padilla | Date: 11/3/09<br>Time: 1:30pm |
| Debtor. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2006-WFHE2, its assignees and/or successors in interest, of the subject property, generally described as 4625 Bumblebee Circle, Las Vegas, NV 89122.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.


DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**


By _____
      **GREGORY L. WILDE, ESQ.**
      Attorney for Secured Creditor
      208 South Jones Boulevard
      Las Vegas, Nevada 89107

APPROVED / DISAPPROVED


_____
David L. Tanner
7472 W. Sahara Ave. #101
Las Vegas, NV 89117
Attorney for Debtor(s)


APPROVED / DISAPPROVED


_____
Kathleen A Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV  89101
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____   The court waived the requirements of LR 9021.

_____   No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____   approved the form of this order                    _____   disapproved the form of this order

_____   waived the right to review the order and/or    _x__   failed to respond to the document

_____   appeared at the hearing, waived the right to review the order

_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____   approved the form of this order                    _____   disapproved the form of this order

_____   waived the right to review the order and/or    _x_   failed to respond to the document

Other Party: _____

_____   approved the form of this order                    _____   disapproved the form of this order

_____   waived the right to review the order and/or    _____   failed to respond to the document

Breach Order:

_____   This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

          this proposed order were transmitted to Debtor's counsel and appointed trustee to which

          they have not replied

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor